1  Keith M. White # 188536
   **DOWLING, AARON & KEELER, INC.**
2  8080 North Palm Avenue, Third Floor
   Fresno, California 93711
3  Tel: (559) 432-4500
   Fax: (559) 432-4590
4

5  Attorneys for Defendants RAJINDER SINGH, KABUL SINGH DBA ERNIE'S LIQUORS
   AND CROSSROADS SHOPPING CENTER
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RONALD MOORE, | Case No. **1:10-cv-01698-LJO-GSA** |
| 12                Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING AND TO CONTINUE SCHEDULING CONFERENCE** |
| 13  v. | |
| 14  RAJINDER SINGH, KABUL SINGH DBA ERNIE'S LIQUORS AND CROSSROADS SHOPPING CENTER, | |
| 15 | |
| 16                Defendants. | |

17

18         WHEREAS the parties hereto wish additional time to inspect the premises,

19 evaluate the results, and attempt resolution of the matter without incurring fees and costs

20 associated with filing responsive pleadings, scheduling conference statements, and attending

21 scheduling conferences;

22         WHEREAS the parties wish to conserve the Court's resources and time;

23         IT IS STIPULATED by and between Plaintiff, RONALD MOORE, and

24 Defendants, RAJINDER SINGH, KABUL SINGH DBA ERNIE'S LIQUORS AND

25 ///

26 ///

27 ///



28

**STIPULATION AND ORDER**

CROSSROADS SHOPPING CENTER, through their respective counsel, that all Defendants shall have, and hereby are granted an extension of time to and including January 10, 2011, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

IT IS FURTHER STIPULATED that the December 28, 2010 Scheduling Conference may be continued to any date at the court's convenience after January 17, 2011, to afford the parties time to evaluate and negotiate a settlement of this matter.

Dated:  November 8, 2010                DOWLING, AARON & KEELER, INC.

By: /s/Keith M. White_____
    Keith M. White
    Attorneys for Defendants
    RAJINDER SINGH, KABUL SINGH
    DBA ERNIE'S LIQUORS AND
    CROSSROADS SHOPPING CENTER

Dated:  November 8, 2010                MOORE LAW FIRM, P.C.

By: /s/Tanya Levinson Moore_____
    Tanya Levinson Moore
    Attorneys for Plaintiff RONALD MOORE

## ORDER

In light of the parties' stipulation, the Initial Scheduling Conference is continued to February 23, 2011, at 9:30 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated:  **November 9, 2010**            _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE

