K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br><br>      vs.<br><br>RAJINDER SINGH, KABUL SINGH dba ERNIE'S LIQUORS, and CROSSROADS SHOPPING CENTER,<br><br>            Defendants. | No: 1:10-CV-01698-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Rajinder Singh, Kabul Singh dba Ernie's Liquors, and Crossroads Shopping Center, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 22, 2011                                    MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore


///

*Moore v. Singh, et al.*
Stipulation for Dismissal; Order

1   Date: July 22, 2011                               DOWLING, AARON & KEELER, INC.

2

3                                                     /s/ Keith M. White
                                                      Keith M. White, Attorneys for
4                                                     Defendants Rajinder Singh, Kabul
                                                      Singh dba Ernie's Liquors, and
5                                                     Crossroads Shopping Center

6                                        **ORDER**

7        The parties having so stipulated, this action is dismissed with prejudice in its entirety.

8

9

10

11  IT IS SO ORDERED.

12

13       Dated:   **July 22, 2011**                        **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Moore v. Singh, et al.*
Stipulation for Dismissal; Order